IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FRANCIS K. BLAKE,

   Plaintiff,

    v.

BANK OF AMERICA, N.A., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:14-CV-3252-TWT

**ORDER**

This is an action for wrongful foreclosure. It is before the Court on the Report and Recommendation [Doc. 14] of the Magistrate Judge recommending granting the Defendants' Motions to Dismiss [Doc. 4 & 6]. The Plaintiff's Objections to the Report and Recommendation do not address the grounds stated by the Magistrate Judge in recommending granting the Defendants' motions. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motions to Dismiss [Doc. 4 & 6] are GRANTED.

SO ORDERED, this 12 day of August, 2015.

                                       /s/Thomas W. Thrash
                                       THOMAS W. THRASH, JR.
                                       United States District Judge

T:\ORDERS\14\Blake\r&r.wpd